UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:22-CR-14046-CANNON/MAYNARD

18 U.S.C. §§ 2252(a)(2) and (b)(1)
18 U.S.C. § 2253(a)

FILED BY ꟿCѠ D.C.
AUG 04 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

UNITED STATES OF AMERICA

v.

ANGELO VICTOR FERNANDES,

Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
18 U.S.C. §§ 2252(a)(2) and (b)(1)
(Distribution of Child Pornography)

On or about February 10, 2022, in Martin County, in the Southern District of Florida, and elsewhere, the defendant,

**ANGELO VICTOR FERNANDES,**

did knowingly distribute any visual depiction, using any means and facility of interstate and foreign commerce and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such sexually explicit conduct; in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## FORFEITURE ALLEGATIONS

1.    The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **ANGELO VICTOR FERNANDES**, has an interest.

2.    Upon conviction of a violation of Title 18, United States Code, Section 2252, as alleged in this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a):

    (a)    Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

    (b)    any property, real or personal, constituting or traceable to gross profits or other proceeds which the defendant obtained from such offense; and

    (c)    any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, and any property traceable to such property.

3.    The property subject to forfeiture as a result of the alleged offense includes, but is not limited to, the iPhone 7 smartphone seized on or about July 8, 2022.

All pursuant to Title 18, United States Code, Sections 2253(a), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 2253(b).

A TRUE BILL

FOREPERSON

_____
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

_____
CHRISTOPHER H. HUDOCK
ASSISTANT UNITED STATES ATTORNEY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

ANGELO VICTOR FERNANDES,

_____/
Defendant.

CASE NO.: 2:22-CR-14046-CANNON/MAYNARD

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

New Defendant(s) (Yes or No)
Number of New Defendants
Total number of New Counts

**Court Division** (select one)
- ☐ Miami
- ☐ Key West
- ☑ FTP
- ☐ FTL
- ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect:

4. This case will take 4 days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I ☑ 0 to 5 days
   - II ☐ 6 to 10 days
   - III ☐ 11 to 20 days
   - IV ☐ 21 to 60 days
   - V ☐ 61 days and over

   (Check only one)
   - ☐ Petty
   - ☐ Minor
   - ☐ Misdemeanor
   - ☑ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge            Case No.

7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Magistrate Case No. 22-MJ-00078-SMM

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge            Case No.

9. Defendant(s) in federal custody as of 7/8/2022

10. Defendant(s) in state custody as of

11. Rule 20 from the            District of

12. Is this a potential death penalty case? (Yes or No) No

13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No

14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No

By: _____
Christopher H. Hudock
Assistant United States Attorney
FLA Bar No.   92454

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:22-CR-14046-CANNON/MAYNARD

UNITED STATES OF AMERICA

v.

ANGELO VICTOR FERNANDES,

_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?  No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: _____
Christopher H. Hudock
Assistant United States Attorney
FL Bar No.        92454
101 South U.S. Highway 1, Suite 3100
Fort Pierce, Florida 34950
Tel: (772) 293-0951
Email: Christopher.Hudock@usdoj.gov

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: ANGELO VICTOR FERNANDES

**Case No**: _____

Count #: 1

Distribution of Child Pornography, 18 U.S.C. §§ 2252(a)(2) and (b)(1)

* **Max. Term of Imprisonment:** 20 years
* **Mandatory Min. Term of Imprisonment (if applicable):** 5 years
* **Max. Supervised Release:** 5 years up to life
* **Max. Fine:** $250,000 fine / $100 and $5,000 Special Assessment

\*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.