UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 22-14046-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**ANGLEO VICTOR FERNANDES,**

    Defendant.

_____/

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL**

**THIS CAUSE** comes before the Court on Defendant Angleo Victor Fernandes's First Unopposed Motion to Continue Trial [ECF No. 14]. The Court has reviewed the Motion and is otherwise fully advised. Following that review, it is

**ORDERED AND ADJUDGED** that the Unopposed Motion to Continue Trial [ECF No. 14] is **GRANTED** for the reasons stated in the Motion, including Defendant's agreement that the period of delay resulting from this continuance should be excluded from Speedy Trial Act calculations. The Court finds that the interests of justice served by a continuance outweigh any interest of the public or the Defendant in a speedy trial. As a result, the Court finds that the period of delay resulting from this continuance—*i.e.*, from the date the Motion was filed, September 13, 2022, to including the date trial commences—is excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161.

The parties shall adhere to the following pre-trial and trial schedule:

1. Calendar call will be held on **Tuesday, November 15, 2022, at 1:45 pm.** The case is set for **Jury Trial** during the two-week trial period that begins **November 21, 2022**.

CASE NO. 22-14046-CR-CANNON

2. All pre-trial motions and motions *in limine* must be filed by **October 7, 2022**. Each party is limited to filing one motion *in limine*; if there is more than one Defendant, Defendants shall file a combined motion.

3. All other instructions set forth in the Court's Order Setting Trial [ECF No. 12] remain in effect.

4. The parties are reminded to adhere to the Court's Local Rules in all respects, including in the preparation of pre-trial motions.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 13th day of September 2022.

AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc: counsel of record